LAWRENCE G. BROWN
United States Attorney
1  KAREN A. ESCOBAR
Assistant U.S. Attorney
2  2500 Tulare Street, Suite 4401
Fresno, California 93721
3  Telephone: (559) 497-4000



FILED

OCT 15 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09 MJ 00264 GSA |
| ) | |
| Plaintiff, ) | ORDER SEALING ARREST WARRANT, |
| v. ) | CRIMINAL COMPLAINT, APPLICATION |
| ) | AND ORDER |
| VERNON DALE MUSTIN, ) | |
| ) | |
| Defendant. ) | **Under Seal** |
| ) | |

The United States of America has applied to this Court for an Order permitting it to file the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-captioned case, in camera under seal. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-entitled proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered by this Court.

DATED: October 14, 2009   _____
                                                   GARY AUSTIN
                                                   U.S. Magistrate Judge