

```
                                         FILED
                                         OCT 15 2009
                                    CLERK, U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF CALIFORNIA
                                   BY _____
                                            DEPUTY CLERK
```

1  LAWRENCE G. BROWN
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| | ) 1:09 MJ 00264   GSA |
| v. | ) |
| | ) APPLICATION TO UNSEAL CRIMINAL |
| | ) COMPLAINT AND ARREST WARRANT |
| VERNON DALE MUSTIN, | ) |
| Defendant. | ) |

The United States of America hereby applies to this Court for an order unsealing the arrest warrant and criminal complaint in the above-captioned proceeding.

This motion is based on the fact that the defendant in this matter was arrested this morning in Oklahoma on the criminal complaint.

Dated: October 15, 2009                Respectfully submitted,

                                       LAWRENCE G. BROWN
                                       United States Attorney

                                  By:  /s/ Karen Escobar
                                       KAREN A. ESCOBAR
                                       Assistant U.S. Attorney

It is so ordered.

DATED: 10/15/09                        _____
                                       U.S. Magistrate Judge

1