BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U. S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>      v.                         )<br>                                 )<br> VERNON DALE MUSTIN,             )<br>                                 )<br>           Defendant.            )<br>                                 )<br>                                 )<br>_____) | 1:09CR422 OWW<br><br><br>ORDER TO OBTAIN<br>HAIR SAMPLES |

Having reviewed the government's application to obtain hair samples, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant Vernon Dale Mustin allow Government agents to clip a few strands of hair from their heads and/or collection shedded hairs from their heads in a manner directed by the Government.

Dated: January 25, 2010          /s/ OLIVER W. WANGER
                                 OLIVER W. WANGER
                                 Senior U.S. District Judge