DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VERNON DALE MUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-0422 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| v. | ) ) | |
| VERNON DALE MUSTIN, | ) ) | |
| Defendant. | ) ) ) | Date:  April 12, 2010 Time:  9:00 A.M. Judge:  Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference currently set for Monday, March 8, 2010, **may be continued to April 12, 2010, at 9:00 A.M.**

This continuance is requested by counsel for Defendant.  Counsel for defendant continues to perform defense investigation.  The investigation was complicated by the fact that much of the evidence is at the government lab out of state.  Counsel needs additional time to inspect the computer which is located in Los Angeles, California.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i)
3 and (iv).

```
                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: March 4, 2010              By    /s/ Karen A. Escobar
                                        KAREN A. ESCOBAR
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: March 4, 2010              By   /s/  Francine Zepeda
                                       FRANCINE ZEPEDA
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       VERNON DALE MUSTIN
```

**ORDER**

**IT IS SO ORDERED**.

IT IS SO ORDERED.

**Dated:   March 4, 2010**                 **/s/ Oliver W. Wanger**
                                                                  UNITED STATES DISTRICT JUDGE