DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VERNON DALE MUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br> *Plaintiff,*  <br> v.  <br> VERNON DALE MUSTIN,  <br> *Defendant.* | No. 1:09-cr-00422 OWW  <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE, AND ORDER  <br><br> Date:  November 29, 2010  <br> Time:  9:00 a.m.  <br> Judge:  Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing currently set for Monday, November 1, 2010, **may be continued to November 29, 2010, at 9:00 a.m.**

This continuance is requested by counsel for defendant.  Counsel for defendant needs additional time to file the supplemental discovery motion that was discussed at the last court hearing.  The task is greater than anticipated and the review of all the relevant discovery and a comparison to the documents and discovery requested is consuming more time than originally expected.  It is expected that the supplemental motion for the defendant cannot be filed until October 25, 2010.

Additionally, counsel for the government has provided a plea offer.  Counsel for defendant Mustin intends to review that offer with him after the review of the discovery is complete.  Thereafter, a decision on the offer will be provided to the government around November 15, 2010.   Thereafter, if necessary, the

government will file its response to the supplemental discovery motion submitted by the defense. The additional time requested herein will allow for all of the necessary tasks to be completed. It will conserve time and resources for all parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161 (h)(7)(A), 3161(h)(7)(B)(i) and (iv).

                                                         BENJAMIN B. WAGNER  
                                                         United States Attorney

DATED: October 7, 2010                      By    /s/ Karen A. Escobar  
                                                               KAREN A. ESCOBAR  
                                                               Assistant United States Attorney  
                                                               Attorney for Plaintiff

                                                         DANIEL J. BRODERICK  
                                                         Federal Defender

DATED: October 7, 2010                     By    /s/ Francine Zepeda  
                                                              FRANCINE ZEPEDA  
                                                              Assistant Federal Defender  
                                                              Attorney for Defendant  
                                                              VERNON DALE MUSTIN

IT IS SO ORDERED.

**Dated:   October 7, 2010**                              **/s/ Oliver W. Wanger**  
                                                             UNITED STATES DISTRICT JUDGE