```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  1:09-CR-00422 OWW
                                  )
12              Plaintiff,        )
         v.                       )  STIPULATION RE:
13                                )  CONTINUANCE, STAY AND ORDER
    VERNON DALE MUSTIN,           )
14                                )
                Defendant.        )
15  _____)
```

16      Defendant VERNON DALE MUSTIN, by and through his attorneys,
17 FRANCINE ZEPEDA and PEGGY SASSO, and the United States of America,
18 by and through its attorneys, BENJAMIN B. WAGNER, United States
19 Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney,
20 hereby enter into the following stipulation:

21      1.  The parties to the above-captioned matter agree to stay
22 the defendant's pending supplemental request for discovery to
23 further plea negotiations in this matter.

24      2.  The parties further agree to continue the motions hearing
25 from November 29, 2010, to December 13, 2010, at 9 a.m.

26      3.  The parties stipulate that time is excludable under the
27 Speedy Trial Act and that the ends of justice served by granting
28 the requested continuance outweigh the best interests of the

1

public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to pursue negotiations, potentially resolve the matter, and/or dispose of the pending motion.

DATED: November 18, 2010　　　　　　　　Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
　　KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ Francine Zepeda
FRANCINE ZEPEDA
Attorney for Defendant
Vernon Dale Mustin

/s/ Peggy Sasso
PEGGY SASSO
Attorney for Defendant
Vernon Dale Mustin

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing motions date of November 29, 2010, is hereby vacated and reset for December 13, 2010, at 9:00 a.m.

IT IS FURTHER THE ORDER of the Court that the defendant's pending supplemental request for discovery is hereby stayed pending resolution or resetting at the hearing on December 13, 2010, at 9:00 a.m.

IT IS SO ORDERED.

Dated:　November 18, 2010　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE