DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VERNON DALE MUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br>v.<br><br>VERNON DALE MUSTIN,<br><br>    *Defendant.* | No. 1:09-cr-00422 OWW<br><br>STIPULATION TO CONTINUE MOTION HEARING AND ORDER<br><br><br>Date:  January 10, 2011<br>Time:  9:00 a.m.<br>Judge:  Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing currently set for Monday, December 13, 2010, **may be continued to January 10, 2011, at 9:00 a.m.**

The request is made because the parties are in active negotiations and need additional time to complete the plea agreement prior to the hearing.  In addition, counsel for plaintiff will be out of the office for two weeks. The requested continuance will conserve time and resources for all parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) .

///

///

|   |   |   |   |
|---|---|---|---|
|   |   | BENJAMIN B. WAGNER | |
|   |   | United States Attorney | |

DATED: December 9, 2010        By    /s/ Karen A. Escobar
                                     KAREN A. ESCOBAR
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                                     DANIEL J. BRODERICK
                                     Federal Defender

DATED: December 9, 2010        By    /s/  Francine Zepeda
                                     FRANCINE ZEPEDA
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     VERNON DALE MUSTIN


## ORDER

**IT IS SO ORDERED**.

Dated: December 10, 2010        /s/ OLIVER W. WANGER
                                United Sates District Judge

Stipulation to Continue Motion Hearing
and Order