| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #91175 |
| | PEGGY SASSO, Bar #228906 |
| 3 | Assistant Federal Defender |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, California  93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| 6 | Attorney for Defendant |
| | VERNON DALE MUSTIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-00422 OWW |
| | ) | |
| *Plaintiff,* | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | MOTION HEARING |
| | ) | |
| VERNON DALE MUSTIN, | ) | |
| | ) | |
| *Defendant.* | ) | Date:  February 14, 2011 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge:  Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing currently set for Monday, January 10, 2011, **may be continued to February 14, 2011, at 9:00 a.m.**

The request is made because the parties continue to be in active negotiations and need additional time to complete the plea agreement prior to the hearing.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) .

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: January 6, 2011                By    /s/ Karen A. Escobar
                                                   KAREN A. ESCOBAR
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff

                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: January 6, 2011                By    /s/  Francine Zepeda
                                                   FRANCINE ZEPEDA
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   VERNON DALE MUSTIN

## ORDER

IT IS SO ORDERED.

**Dated:  January 7, 2011**                    /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Motion Hearing