DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
PEGGY SASSO, Bar #228906
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VERNON DALE MUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:09-cr-00422 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| v. | ) SENTENCING SCHEDULE AND HEARING |
| VERNON DALE MUSTIN, | ) AND ORDER |
| Defendant. | ) Date: June 30, 2011 |
|  | ) Time: 12:00 p.m. |
|  | ) Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing currently set for Monday, May 2, 2011, **may be continued to June 30, 2011, at 12:00 p.m.**

The parties need additional time to prepare for the sentencing in this matter. It is also anticipated that the hearing may take more time than is generally available on the normal law and motions date, and the parties would ask to set it on a separate schedule.

Further, the parties agree that informal objections may be filed on **May 23, 2011**; formal objections may be filed on **June 22, 2011.**

BENJAMIN B. WAGNER

United States Attorney

Mustin/Stipulation to Continue Sentencing
Schedule and Hearing and Order Thereon

| | | | |
|---|---|---|---|
| DATED: April 5, 2011 | | By | /s/ Karen A. Escobar |
| | | | KAREN A. ESCOBAR |
| | | | Assistant United States Attorney |
| | | | Attorney for Plaintiff |

DANIEL J. BRODERICK

Federal Defender

DATED:  April 5, 2011                                By        /s/  Francine Zepeda

FRANCINE ZEPEDA

Assistant Federal Defender

Attorney for Defendant

VERNON DALE MUSTIN

**ORDER**

IT IS SO ORDERED.

**Dated:    April 5, 2011**                                        **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE

Mustin/Stipulation to Continue Sentencing Schedule and Hearing and Order Thereon         2