HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VERNON DALE MUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERNON DALE MUSTIN<br><br>Defendant. | Case No. 1:09-CR-00422-JLT<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>DATE: Aug. 11, 2022<br>TIME:  2:00 P.M.<br>JUDGE: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between Jaya C. Gupta, attorney for the defendant, Vernon Dale Mustin, and Karen A. Escobar, Assistant United States Attorney, that the status conference hearing on a supervised release violation set for August 11, 2022 before the Honorable Erica P. Grosjean, U.S. Magistrate Judge, be continued to October 31, 2022 at 2:00 pm before the assigned Magistrate Judge.  The defense requests additional time to conduct further investigation. The government does not object to the continuance. If the parties are able to reach a resolution before the new date, they will ask to advance the status conference.

*//*

//

//

//

1   The parties believe that the requested time is sufficient to be in a position to ascertain whether

2   this case will resolve via contested hearing or admission.

3

4                                                    Respectfully submitted,

5
                                                     HEATHER E. WILLIAMS
6                                                    Federal Defender

7   Date: August 9, 2022                            */s/ Jaya C. Gupta*
                                                     JAYA C. GUPTA
8                                                    Assistant Federal Defender
                                                     Attorney for Defendant Francisco Perez
9

10  Date: August 9, 2022                            */s/ Karen A. Escobar*
                                                     KAREN A. ESCOBAR
11                                                   Assistant U.S. Attorney

12

13
                                            **ORDER**
14

15          For the reasons set forth in the parties' stipulation, the status conference hearing on a

16  supervised release violation set for August 11, 2022 before the Honorable Erica P. Grosjean,

    U.S. Magistrate Judge, shall be continued to October 31, 2022 at 2:00 pm before the assigned
17
    Magistrate Judge.
18

19

20  IT IS SO ORDERED.

21     Dated:   **August 9, 2022**              /s/ Erica P. Grosjean
                                                _____
22                                              UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                              2