1  HEATHER E. WILLIAMS (SBN 122664)
   Federal Defender
2  JAYA C. GUPTA (SBN 312138)
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   VERNON DALE MUSTIN
7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:09-CR-00422-JLT
12 | Plaintiff, | **STIPULATION TO ADVANCE STATUS CONFERENCE; ORDER THEREON**
13 | v. |
14 | VERNON DALE MUSTIN | DATE:  October 12, 2022
                              TIME:   2:00 P.M.
15 | Defendant. | JUDGE: Hon. Sheila K. Oberto

18     IT IS HEREBY STIPULATED by and between Jaya C. Gupta, attorney for the
19 defendant, Vernon Dale Mustin, and Karen A. Escobar, Assistant United States Attorney, that
20 the status conference hearing on a supervised release violation set for October 31, 2022 at 2:00
21 p.m. before the Honorable Stanley A. Boone, U.S. Magistrate Judge, be advanced to October 12,
22 2022 at 2:00 p.m. before the Honorable Sheila K. Oberto.
23     //

The defense is prepared to move forward and asks that status conference be advanced. The government does not object.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 4, 2022            */s/ Jaya C. Gupta*
                                 JAYA C. GUPTA
                                 Assistant Federal Defender
                                 Attorney for Defendant Vernon Mustin

Date: October 4, 2022            */s/ Karen A. Escobar*
                                 KAREN A. ESCOBAR
                                 Assistant U.S. Attorney

## ORDER

The Court grants the parties' stipulation to advance the status conference hearing on a supervised release violation, currently set for October 31, 2022 at 2:00 p.m. before the Honorable Stanley A. Boone, U.S. Magistrate Judge, to October 12, 2022, at 2:00 p.m. before the Honorable Sheila K. Oberto.

IT IS SO ORDERED.

Dated:   **October 5, 2022**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE