1 | HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
2 | JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
3 | Office of the Federal Defender
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
VERNON DALE MUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:09-CR-00422-JLT |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| v. | DATE: Nov. 10, 2022 |
| VERNON DALE MUSTIN | TIME:  9:00 A.M. |
| Defendant. | JUDGE: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between Jaya C. Gupta, attorney for the defendant, Vernon Dale Mustin, and Karen A. Escobar, Assistant United States Attorney, that the sentencing hearing that was set for November 10, 2022 be continued to November 18, 2022 at 9:00 am. The defense requested a continuance in light of a death that occurred in defense counsel's family shortly before the originally-scheduled sentencing hearing. The government did not oppose a short continuance for that reason.

//
//
//
//
//

The parties believe that the requested continuance is sufficient to enable the parties to be ready on November 18, 2022.

      IT IS SO STIPULATED.

                              Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 13, 2022        */s/ Jaya C. Gupta*
                                        JAYA C. GUPTA
                                        Assistant Federal Defender

                                        Attorney for Defendant Vernon Mustin

Date: November 13, 2022        */s/ Karen A. Escobar*
                                        KAREN A. ESCOBAR
                                        Assistant U.S. Attorney

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

    Dated:   **November 14, 2022**                                   _____
                                                                UNITED STATES DISTRICT JUDGE