HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
VERNON DALE MUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-CR-00422-JLT |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | DATE: January 30, 2023 |
| VERNON DALE MUSTIN | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between Peggy Sasso, attorney for the defendant,

Vernon Dale Mustin, and Karen A. Escobar, Assistant United States Attorney, that the

sentencing hearing scheduled for December 16, 2022 before the Honorable Jennifer L. Thurston,

U.S. District Judge, be continued to January 30, 2023 at 10:00 am. The defense requests the

continuance because Fresno Behavioral Health needs additional time to locate a licensed care

facility that is appropriate for Mr. Mustin's needs. The government does not object to the

continuance.

//

//

//

//

1                                      Respectfully submitted,

2

                                        HEATHER E. WILLIAMS

3                                      Federal Defender

4  Date: December 13, 2022           */s/ Peggy Sasso*

                                        Peggy Sasso

5                                      Assistant Federal Defender

6                                      Attorney for Defendant Vernon Dale Mustin

7  Date: December 13, 2022           */s/ Karen Escobar*

                                        KAREN A. ESCOBAR

8                                      Assistant U.S. Attorney

9

10     **IT IS SO ORDERED** that the sentencing hearing currently scheduled for December 16,

11  2022 at 9:00 a.m. is continued to January 30, 2023 at 10:00 a.m.

12  IT IS SO ORDERED.

13     Dated:   **December 13, 2022**

14                                      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28