HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
PEGGY SASSO, CA BAR #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Defendant
VERNON DALE MUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>VERNON DALE MUSTIN,<br><br>*Defendant.* | Case No.  1:09-cr-0422-JLT<br><br>ORDER FOR RELEASE AND TRANSPORTATION TO DART WEST |

IT IS HEREBY ORDERED that defendant Vernon Dale Mustin (Fresno County Sheriff's Booking No. 2223223; Personal ID No. 7027941) shall be released to Kendra Tapia, DART WEST Peer Support Specialist, an affiliate program of Fresno Behavioral Health, on Thursday, February 9, 2023 at 10:00 a.m.  Ms. Tapia will then transport Mr. Mustin directly to the Dart West, located at 2550 W. Clinton Ave. Suite 397, Fresno, CA 93705 to complete his intake paperwork, after which he will be taken to his housing.

IT IS SO ORDERED.

Dated:   **February 8, 2023**

UNITED STATES DISTRICT JUDGE